# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KALEEL HINTON,

        Petitioner

        v.

SERGEANT BEERS, CO NACOIE, CO
STEEL, NURSE DENNY, CO JOHN DOE
#1, CO JOHNDOE #2, CO JOHN DOE #3,
CO JOHN DOE #4, AND DEPARTMENT
OF CORRECTIONS, SUED IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES,

        Respondents

: No. 102 WAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 23rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.